UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD ALLEN MCNAMES,<br><br>Defendant. | CASE NO. 21-cr-5285-BHS<br><br>ORDER |

THIS MATTER is before the Court on defendant Edward McNames' motion for early termination of supervised release. Dkt. 7.

On April 30, 2018, the Honorable Mark Davis, United States District Court Judge in the Eastern District of Virginia, sentenced McNames to 42 months of custody followed by 20 years of supervised release after he pled guilty to possession of visual depictions of minors engaging in sexually explicit conduct. Dkt. 2-1. McNames completed his term of custody and began supervised release on February 23, 2021. Dkt. 1. Jurisdiction was transferred to this District on August 16, 2021. *Id.* His supervision is scheduled to terminate on February 22, 2041. *Id.*

McNames moves for early termination of supervision, contending that for five

ORDER - 1

years he has fully complied with all conditions of supervised release and that his "behavior indicates he presents no such risk of harm." Dkt. 7 at 8. He asserts that he has maintained consistent employment, completed an intensive treatment program, and maintained a strong relationship with his family and members of the community. *Id.*

The Government opposes McNames request, contending that its premature. Dkt. 9 at 1. It emphasizes that McNames has completed only a quarter of his twenty-year term and that a request for termination should be considered only after he successfully reaches the halfway point, in approximately five years. *Id.*

Initially, Probation did not endorse the request, concluding that although McNames was a "model supervisee and deserves high praise for his dedicated compliance," it agreed with his treatment provider's recommendation that an updated polygraph and urine test would be beneficial. Dkt. 10 at 2.

The Court agreed with Probation and requested that McNames obtain the updated tests, which he completed successfully. As a result, Probation now endorses McNames request for early termination, concluding that the test results confirm that McNames is capable of "manag[ing] compliance and law-abiding behavior even without a formal treatment structure." Dkt. 11 at 1. It reports that "McNames has performed exceedingly well" on supervision and has "done an excellent job" applying the principles he learned while in treatment. *Id.* It assesses that McNames "will continue to thrive in the community without oversight." *Id.*

The Court has thoroughly reviewed the record and determined that termination of McNames' supervised release is warranted. Including his time on pretrial supervision,

ORDER - 2

McNames has successfully completed more than five years of supervision without any violations. For individuals who have served 18 months of supervised release and can meet certain criteria, there is a presumption in favor of recommending early termination. The Court has reviewed these criteria and found that with regards to McNames, it can affirmatively answer each one. Compliance with the conditions of supervised release for an extended period demonstrates rehabilitation and the possibility of early termination provides incentive to defendants to do well on supervision. The Court commends McNames on his sustained compliance with supervision and his commitment to building a productive and law-abiding life.

McNames' motion for early termination of supervised release, Dkt. 7, is **GRANTED**.

**IT IS SO ORDERED**.

Dated this 22nd day of May, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3